**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VERRAGIO, LTD.,

                              Plaintiff,

                                                            Case No.: 1:16-cv-06931-KBF

        -against-

                                                            **NOTICE OF SETTLEMENT**

S K DIAMONDS,

                              Defendant.

_____

**TO THE COURT:**

      Plaintiff, VERRAGIO, LTD, hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request putting all pre-trial dates on hold and allowing forty-five days in which to file the dismissal.

                                                 Respectfully submitted,

Dated: June 3, 2017                                   /s/Vladimir Tsirkin
                                                           Vladimir Tsirkin, Esq.
                                                           Spektor & Tsirkin, PC
                                                           Attorneys for Plaintiff Verragio, LTD